COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

SHANNON McGILL,                                          )

                                                                              )               No.  08-04-00329-CV

Appellant,                          )

                                                                              )                    Appeal from the

v.                                                                           )

                                                                              )                
34th District Court

SANDRA HAND,                                                )

                                                                              )           
of El Paso County, Texas

Appellee.                           )

                                                                              )                 
(TC# 2004-2422)

                                                                              )

 

 

MEMORANDUM  OPINION

 

Pending before the
Court is Appellant=s motion
to dismiss appeal and withdraw the notice of appeal.  See Tex.R.App.P. 42.1(a)(1).  Appellant filed her notice of appeal on
November 4, 2004, in this summary judgment case.  Appellant has complied with the requirements
of Rule 42.1(a)(1).  The Court has considered this cause on the
Appellant=s motion
and concludes the motion should be granted and the appeal should be
dismissed.  The appeal is hereby
dismissed.

 

 

 

 

April
7, 2005

DAVID WELLINGTON
CHEW, Justice

 

Before Barajas, C.J., McClure, and Chew, JJ.